UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANA MARIA ROSAS-ORTEGA,<br><br>　　　　　　　Defendant. | CASE NO. 14CR1807 DMS<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_　the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_　a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_　the jury has returned its verdict, finding the defendant not guilty;

\_\_\_　of the offense(s) as charged in the Indictment/Information:

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/26/2014

William V. Gallo
U.S. Magistrate Judge